IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND and LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199)<br><br>and<br><br>LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS<br><br>and<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO<br><br>Plaintiffs<br><br>v.<br><br>D. K. BRADY EXCAVATING, INC.<br><br>Defendant | CIVIL ACTION<br><br>NO. 07-CV-182 (***) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs hereby voluntarily dismiss this action in accordance with Rule 41 of the Federal Rules of Civil Procedure.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Dated: July 17, 2007

_____
Timothy J. Snyder (No. 2408)
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone: (302) 571-6755
Telefax: (302) 576-3445
Email: ccrowther@ycst.com

Of Counsel:

Jonathan Walters, Esquire
MARKOWITZ & RICHMAN
121 S. Broad Street, Suite 1100
Philadelphia, PA 19107
Telephone: (215) 875-3121
Telefax: (215) 790-0668
Email: jwalters@markowitzandrichman.com

Attorneys for Plaintiffs